IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:14-CV-142-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| LEONARD'S PERSONAL PROPERTY SPECIFICALLY: | ) |
| TWO GLOCK 19s, SERIAL NUMBERS KAY087 AND KBG343 WITH RED LASER SIGHTS, ONE LONG RIFLE, UNKNOWN TYPE, WITH A WOODEN GRIP AND BUTT STOCK AND ONE ADDITIONAL AUTOMATIC M4 RIFLE (5.56 CAL) WITH A SUPERIOR ARMS LOWER RECEIVER, SERIAL NUMBER 006513, | ) |
| Defendants. | ) |

## DEFAULT

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear,

1

plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 3rd day of June, 2015.

_____
Julie Richards Johnston, Clerk