IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:14-CV-142-BR

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LEONARD'S PERSONAL PROPERTY SPECIFICALLY: | ) ) |
| | ) |
| TWO GLOCK 19s, SERIAL NUMBERS KAY087 AND KBG343 WITH RED LASER SIGHTS, ONE LONG RIFLE, UNKNOWN TYPE, WITH A WOODEN GRIP AND BUTT STOCK AND ONE ADDITIONAL AUTOMATIC M4 RIFLE (5.56 CAL) WITH A SUPERIOR ARMS LOWER RECEIVER, SERIAL NUMBER 006513, | ) ) ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**DEFAULT JUDGMENT**
_____

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Complaint herein was served upon the defendants and that publication has been duly made, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

1. Process was duly issued in this cause and the defendants was duly seized by the Naval Criminal Investigative Service, United States Department of Defense, pursuant to said process;

2. No entitled persons have filed any claim to the defendants nor answer regarding them within the time fixed by law; and

3. The well-plead allegations of the Complaint in respect to the defendants are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendants;

2. All persons claiming any right, title, or interest in or to the said defendants are held in default;

3. The defendant is forfeited to the United States of America;

4. The Naval Criminal Investigative Service, United States Department of Defense, is hereby directed to dispose of the defendants according to law; and

6. Upon the entry of this judgment, the Clerk of Court is DIRECTED to close this case.

This 2 July 2015.

_____
W. Earl Britt
Senior U.S. District Judge